# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**FIDELIS OMEGBU,**

        Plaintiff**,**

   -vs-

**MILWAUKEE COUNTY, et al.,**

        Defendants.

Case No. 05-C-596

## DECISION AND ORDER

After a scheduling conference in June of 2007, the *pro se* plaintiff Fidelis Omegbu ("Omegbu") filed numerous frivolous motions, most of which were previously denied. *See* Docket No. 110 (Denying motions for sanctions for failure to respond to discovery requests; denying motion for declaratory judgment); Docket No. 115 (Denying motion for pretrial discovery conference; denying motion for modification of previous order). Two of Omegbu's motions are still pending: (1) motion for preliminary hearing on Rule 12(b) defenses; and (2) motion for sanctions for failure to make discovery and appear at deposition as a party.

Both of these motions are frivolous and without merit. Moreover, the motion for sanctions repeats many of the same factual and legal arguments found in some of Omegbu's previous motions. At this point, Omegbu's repetitive filings are, to put it simply, a waste of precious judicial resources. "Frivolous, vexatious and repeated filings by *pro se* litigants interfere with the orderly administration of justice by diverting scarce judicial resources from

cases having merit and filed by litigants willing to follow court orders." *Verdone v. Circuit Court for Taylor County*, 73 F.3d 669, 671 (7th Cir. 1995).

It is settled law that courts have inherent power to impose sanctions for abuse of the judicial system. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 49 (1991). The Court is obliged to liberally construe Omegbu's *pro se* pleadings, but the Court is not obliged to countenance repeated motions that have no merit. Therefore, Omegbu is warned that in the future, any frivolous motion, pleading, or other submission to the Court may result in the imposition of sanctions, up to and including dismissal of this action with prejudice.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

1. Omegbu's motion for a preliminary hearing [Docket No. 116] is **DENIED**; and

2. Omegbu's motion for sanctions [Docket No. 118] is **DENIED**.

Dated at Milwaukee, Wisconsin, this   25th   day of January, 2008.

**SO ORDERED,**

s/ Rudolph T. Randa
**HON. RUDOLPH T. RANDA**
**Chief Judge**