AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**FIDELIS OMEGBU,**

        Plaintiff,

        V.                              CASE NUMBER: **05-C-596**

**STATE OF WISCONSIN ELECTIONS BOARD,**
**MILWAUKEE COUNTY,**
**MILWAUKEE COUNTY DISTRICT ATTORNEY's OFFICE**
**E. Michael McCann, District Attorney and**
**Michael Mahoney, Assistant District Attorney,**
**MILWAUKEE COUNTY HOUSE OF CORRECTION,**
**MILWAUKEE COUNTY SHERIFF'S DEPARTMENT,**
**MILWAUKEE COUNTY CLERK OF COURT,**

        Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Count seven of the plaintiff's amended complaint filed pursuant to 28 U.S.C. § 2241 and 2254, is DISMISSED because he is not currently in custody.**

**The motion to dismiss by defendant Milwaukee County District Attorney's Office is GRANTED as a matter of law because it is not a suable entity.**

**The motion to dismiss by defendants Milwaukee County District Attorney's Office and the State of Wisconsin Elections Board is GRANTED as a matter of law because they are entitled to immunity under the Eleventh Amendment.**

**The motion to dismiss by defendants Milwaukee County District Attorney E. Michael McCann and Milwaukee County Assistant District Attorney Michael Mahoney is GRANTED because a prosecutor has absolute prosecutorial immunity.**

**The plaintiff's complaint against Defendants Milwaukee County, Milwaukee County House of Correction, Milwaukee County Sheriff's Department and Milwaukee County Clerk of Court are DISMISSED as a matter of law because the plaintiff does not and cannot state a claim for selective prosecution.**

**The plaintiff's state law claims against Defendants Milwaukee County, Milwaukee County House of Correction, Milwaukee County Sheriff's Department and Milwaukee County Clerk of Court are DISMISSED WITHOUT PREJUDICE.**

**This action is hereby DISMISSED.**

| **April 22, 2008** | **JON W. SANFILIPPO** |
|---|---|
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |